## FERGUSON *v.* ST. LOUIS-SAN FRANCISCO RAILWAY CO.

No. 799.   Decided March 17, 1958.

*Jo B. Gardner* for petitioner.

*James L. Homire* and *Frank C. Mann* for respondent.

PER CURIAM.

The petition for writ of certiorari is granted. We hold that the proofs were sufficient to submit to the jury the question whether employer negligence played a part in producing the petitioner's injury. *Wilkerson* v. *McCarthy,* 336 U. S. 53; *Rogers* v. *Missouri Pacific R. Co.,* 352 U. S. 500; *Webb* v. *Illinois Central R. Co.,* 352 U. S. 512; *Shaw* v. *Atlantic Coast Line R. Co.,* 353 U. S. 920; *Futrelle* v. *Atlantic Coast Line R. Co.,* 353 U. S. 920; *Deen* v. *Gulf, C. & S. F. R. Co.,* 353 U. S. 925; *Thomson* v. *Texas & Pacific R. Co.,* 353 U. S. 926; *Arnold* v. *Panhandle & S. F. R. Co.,* 353 U. S. 360; *Ringhiser* v. *Chesapeake & O. R. Co.,* 354 U. S. 901; *McBride* v. *Toledo Terminal R. Co.,* 354 U. S. 517; *Gibson* v. *Thompson,* 355 U. S. 18; *Honeycutt* v. *Wabash R. Co.,* 355 U. S. 424. The judgment of the Supreme Court of Missouri is

reversed and the case is remanded for further proceedings in conformity with this opinion.

Mr. Justice Harlan concurs in the result for the reasons given in his memorandum in *Gibson* v. *Thompson,* 355 U. S. 18.

For the reasons set forth in his opinion in *Rogers* v. *Missouri Pacific R. Co.,* 352 U. S. 500, 524, Mr. Justice Frankfurter is of the view that the writ of certiorari is improvidently granted.

Mr. Justice Whittaker dissents.